

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

C. Borunda Holdings, Inc.,

Vs. No. 11-15-00057-CV

Lake Proctor Irrigation Authority
of Comanche County, Texas,

\* From the 220th District
Court of Comanche County,
Trial Court No. CV00614.

\* December 22, 2016

\* Memorandum Opinion by Wright, C.J.
(Panel consists of: Wright, C.J.,
Bailey, J., and Countiss, sitting by
assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against C. Borunda Holdings, Inc.